AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Cheryl Hollis
11571 Somerset Blvd.
Princess Anne, MD  21853

**SUMMONS IN A CIVIL CASE**

V.

ROSA MEXICANA DC LLC
575 7th St. NW
Washington, DC  20001

Case: 1:08-cv-01209
Assigned To : Roberts, Richard W.
Assign. Date : 7/14/2008
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

ROSA MEXICAN DC LLC
serve Corporation Service Co.
1090 Vermont Ave. NW
Washington, DC  20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Dupree
Law office of David Dupree
P.O. Box 6622
Knoxville, TN  37914

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                     JUL 1 4 2008

CLERK                                              DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[1] | DATE: July 23, 2008 |
| NAME OF SERVER (PRINT): David H. Dupree | TITLE: Plaintiff's Attorney |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Rosa Mexicana DC, LLC, c/o Corporation Service Co., 1090 Vermont Ave. NW, Washington, DC 20005; via Certified mail

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 31, 2008
                    Date

Signature of Server
David H. Dupree

P.O. Box 6622, Knoxville, TN 37914
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rosa Mexicana DC LLC
c/o Corporation Service Co.
1090 Vermont Ave. N.W.
Washington DC 20005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Rice
☐ Agent
☐ Addressee

B. Received by (Printed Name)  Rice
C. Date of Delivery  7/22/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☐ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7008 0150 0002 7077 9441

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Rice*    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
*Rice*    7/22/08

1. Article Addressed to:

Rosa Mexicano DC LLC
c/o Corporation Service Co.
1090 Vermont Ave. N.W.
Washington DC 20005

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7008 0150 0002 7077 9441

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

23 JUL 2008 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

David H. Dupree, Esq.
P.O. Box 6622
Knoxville, TN 37914