**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CHERYL HOLLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. 1:08-cv-01209-RWR |
| ) | |
| Rosa Mexicano D.C., LLC , ) | |
| ) | |
| Defendant. ) | |

## **ENTRY OF APPEARANCE**

Connie N. Bertram, Esq. of the law firm Winston & Strawn LLP, hereby enters her appearance on behalf of Defendant Rosa Mexicano D.C., LLC, in the above-captioned civil matter.

The undersigned certifies that she is admitted to practice in this court.

Respectfully submitted,

/s/
Connie N. Bertram
DC Bar No. 435840
email: cbertram@winston.com
**Winston & Strawn LLP**
1700 K Street, N.W.
Washington, D.C. 20006
(202) 282-5847 Telephone
(202) 282-5100 Facsimile

*Counsel for Defendants*

Dated: August 14, 2008

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2008, a copy of the foregoing *ENTRY OF APPEARANCE* was filed electronically. In compliance with Local Civil Rule 102(1)(c), service required by Fed. R. Civ. P. 5(a) has been made, as notice of electronic filing will be electronically mailed to the following:

>David H. Dupree
>Law Office of David Dupree
>P.O. Box 6622
>Knoxville, TN  37914
>
>*Counsel for Plaintiff*

                                             /s/
                                      Connie N. Bertram

2

DC:567727.1