**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CHERYL HOLLIS,            )<br>                           )<br>            Plaintiff,      )<br>                           )<br>    v.                     )<br>                           )<br> ROSA MEXICANO DC, LLC,    )<br>                           )<br>            Defendant.     )<br> _____) | Case No. 1:08-cv-01209-RWR |

**CORPORATE DISCLOSURE STATEMENT**

Defendant Rosa Mexicano DC, LLC, by counsel, submits the following corporate disclosure statement in accordance with Local Rule 7.1.

I, the undersigned counsel of record for Defendant Rosa Mexicano D.C. LLC ("Rosa Mexicano"), certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Rosa Mexicano which have any outstanding securities in the hands of the public.

This information is provided only so that the judges of this court may determine the need for recusal.

                                            Respectfully submitted,

                                            _____/s/_____
                                            Connie N. Bertram (D.C. Bar No. 435840)
                                            WINSTON & STRAWN LLP
                                            1700 K Street, N.W.
                                            Washington, DC  20006
                                            (202) 282-5000
                                            (202) 282-5100 (fax)
                                            cbertram@winston.com

                                            *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2008, a copy of the foregoing *CERTIFICATE OF COUNSEL* was filed electronically. In compliance with Local Civil Rule 102(1)(c), service required by Fed. R. Civ. P. 5(a) has been made, as notice of electronic filing will be electronically mailed to the following:

> David H. Dupree
> Law Office of David Dupree
> P.O. Box 6622
> Knoxville, TN  37914
>
> *Counsel for Plaintiff*

                                                              /s/
                                                    Connie N. Bertram

DC:567796.1