**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
Baltimore Division

|  |  |  |
|---|---|---|
| CHERYL HOLLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-01209-RWR |
| | ) | |
| ROSA MEXICANO DC, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Rosa Mexicano DC, LLC ("Defendant") by and through its undersigned counsel, hereby moves the Court for the entry of an Order extending the date by which Defendant must file its responses to Plaintiff's Complaint. In support of this Motion, Defendant states that:

1. On July 25, 2008, Plaintiff's counsel served on Defendant, via certified mail, the Complaint and summons. Plaintiff's Complaint alleges discrimination in violation of 42 U.S.C. § 2000a, Intentional Infliction of Emotional Distress, and Negligent Infliction of Emotional Distress.

2. Defendant has until August 15, 2008, to file its response to Plaintiff's Complaint.

3. In light of the allegations in Plaintiff's Complaint and as a result of Defendant's counsel's engagements in other matters, including a recently concluded preliminary injunction hearing, Defendant requires a brief extension of time to prepare its response to Plaintiff's Complaint.

4. The parties have conferred regarding this extension, and Plaintiff has agreed to extend Defendant's deadline for filing its response by two weeks, to September 2, 2008.

5. The Court's granting of this Motion will not prejudice any party.

6. Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant now files this Consent Motion for an enlargement of time in advance of the current filing deadline.

WHEREFORE, Defendant respectfully requests that the Court enter an order granting Defendant an extension until September 2, 2008 to file its response to Plaintiff's Complaint.

Respectfully submitted,

_____/s/_____
Connie N. Bertram
DC Bar No. 435840
email: cbertram@winston.com
**Winston & Strawn LLP**
1700 K Street, N.W.
Washington, D.C. 20006
(202) 282-5847 Telephone
(202) 282-5100 Facsimile

*Counsel for Defendant*

Dated: August 15, 2008

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2008, a copy of the foregoing *MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT* was filed electronically and served electronically on:

> David H. Dupree
> Law Office of David Dupree
> P.O. Box 6622
> Knoxville, TN  37914
>
> *Counsel for Plaintiff*

                                /s/
                        Connie N. Bertram

DC:567739.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
Baltimore Division

| | ) | |
|---|---|---|
| CHERYL HOLLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-01209-RWR |
| | ) | |
| ROSA MEXICANO DC, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **ORDER**

UPON CONSIDERATION of Rosa Mexicano DC, LLC's ("Defendant") Motion for Extension of Time to Respond to Plaintiff's Complaint, it is this _____ day of August, 2008,

**ORDERED** that the Motion for Extension of Time to Respond to Plaintiff's Complaint is **GRANTED**, and

**ORDERED** that Defendant has until September 2, 2008 to respond to Plaintiff's Complaint.

_____
United States District Judge